UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PROVIDENT SAVINGS BANK, | |
| Plaintiff, | NO. ED 07-CV-432-JLQ |
| v. | |
| MAUREEN HUGHES, et al., | **ORDER TO SHOW CAUSE** RE: |
| Defendants ("Borrower Defendants) | **DISMISSAL OF REMAINING THIRD PARTY CLAIMS** |
| MAUREEN HUGHES, et al., | |
| Third-Party Plaintiffs, | |
| v. | |
| LA COLONIA, LLC, et al., | |
| Third-Party Defendants. | |

The only unresolved claims herein are certain third party claims by the Borrower Defendants and Third-Party Plaintiffs. In their May 20, 2010 report ordered by the court regarding the status of these claims, the Borrower Defendants stated that they intended to move for default on their third-party claims, and that following the entry of default they intended to "***promptly*** file with this Court a Motion for Entry of Default Judgment..." Ct. Rec. 182 at 2 (emphasis added). No Motion for Entry of Default Judgment has been filed. Yet, Orders of Default against Third-Party Defendants La Colonia, Walker Design Build Services, Global Financial Solutions, Nexidis, Slizewski, and Vice were entered in

ORDER - 1

favor of the Borrower Defendants on July 15, 2010 and July 29, 2010 respectively.  Ct. Rec. 189, Ct. Rec. 191.  The periods of inactivity on these claims evidences a clear record of delay by the Borrower Defendants in prosecuting their third-party claims.   Federal Rule of Civil Procedure 41(b) allows the district court to dismiss an action upon the motion of a defendant, or upon its own motion, for failure to prosecute.

Accordingly, **IT IS HEREBY ORDERED**: the Borrower Defendants are Ordered to **SHOW CAUSE** in writing on or before SEPTEMBER 30, 2010 why their claims against the Third-Party Defendants (listed above) should not be DISMISSED WITH PREJUDICE. The failure to timely show cause will result in the dismissal of these claims WITH PREJUDICE.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and forward copies to counsel for all parties.

Dated this 20th day of September, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2